IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY -5  A 10:08

__Phillip Andrew Bedwell II___ )
Full name and prison number of )
plaintiff(s) )
)
)                                    CIVIL ACTION NO. __3:06cv407-MEF__
v.                                   (To be supplied by the Clerk of the
                                      U.S. District Court)
__Sheriff Jay Jones__ )
__Major Carry Tolbert__ )
__Lt. Carry Wealch__ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
          Plaintiff(s) _____
          _____
          Defendant(s) _____
          _____

      2.  Court (if federal court, name the district; if state court, name the county)
          _____
          _____

      3.  Docket No. _____

      4.  Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Lee County Jail**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Lee County Jail**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Major Carry Tolbort | Lee County Detention |
| 2. | Sheriff Jay Jones | Lee County Detention Center |
| 3. | Lt Carry Weltch | Lee County Detention Center |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **April 30th 2006**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Discrimination based on religion**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

Every Wenesday, and Sunday Religious services are held in a multi-purpose area. Jay Jones and Major Carry Tolbort limit those who can go by there Classification status. Only Inmaite works can atend these services. I was told by these staff members that Major Tolbort said I could not atend church because I've not been to Court yet. I was -2- told I could not have a Bible Cause my Classification level has not been evaluated yet. I've been refused Religious services all together Here at the Lee County Detention Center. The day of April 16th

GROUND TWO: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____

GROUND THREE: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
Request to have these programs Available For all Inmates and not Just who they tell need them.
_____

Phillip A. Bidwell II
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 3rd 2006
             (date)

Phillip A. Bidwell II
Signature of plaintiff(s)

-3-