IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **PHILLIP ANDREW BEDWELL, II,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-cv-00407-MEF-DRB |
| | ) |
| **JAY JONES, et al.** | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Sheriff Jay Jones, Major Cary Torbert, Jr., and Lt. Corey Welch, Defendants in the above-styled cause, and move this Court to grant them an extension of time of 28 days in which to file in which to file their Special Report and Answer which are currently due June 19, 2006, and June 20, 2006, respectively. As grounds for this Motion, the Defendants state as follows:

1. On May 9, 2006, this Court ordered the Defendants to file their Special Report within 40 days of the date of that Order, which would be June 19, 2006. On May 11, 2006, the Defendants were served with the Plaintiff's Complaint, making their Answers due on June 20, 2006.

2. Defense counsel is in need of obtaining additional documentation and therefore needs additional time in order to provide the Court with a meaningful Special Report.

3. Defendants have not previously requested an extension of time to file their Special Report and Answer.

WHEREFORE Defendants Sheriff Jay Jones, Major Cary Torbert, Jr., and Lt. Corey Welch request this Court to grant them an extension of time to file their Special Report and Answer on or before July 17, 2006.

Respectfully submitted this 13th day of June, 2006.

          **s/Amanda Kay Morgan**
          AMANDA KAY MORGAN (ALL079)
          Attorney for Defendants
          WEBB & ELEY, P.C.
          7475 Halcyon Pointe Drive (36117)
          Post Office Box 240909
          Montgomery, Alabama 36124
          Telephone: (334) 262-1850
          Fax: (334) 262-1889
          E-mail: amorgan@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the **13th** day of **June, 2006**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

          Phillip Andrew Bedwell, II
          AIS # 221888
          Lee County Detention Center
          P.O. Box 2407
          Opelika, AL 36801

          **s/Amanda Kay Morgan**
          OF COUNSEL