IN THE UNITED STATES  DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

PHILLIP ANDREW BEDWELL II          *

     Plaintiff,                          *

         v.                          *          3:06-CV-407-MEF

SHERIFF JAY JONES, *et al.*,          *

     Defendants.                        *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1.  Defendants' Motion for Extension of Time (Doc. No. 6) is GRANTED; and

2.  Defendants are GRANTED an extension from June 19, 2006 to July 17, 2006 to file their answer and written report.

Done, this 13th day of June 2006.

                     **/s/ Delores R. Boyd**
                     DELORES R. BOYD
                     UNITED STATES MAGISTRATE JUDGE