In The Unified States District Court
For The Middle District of Alabama
Eastern Division

Copy 3 of 3

RECEIVED
2006 JUN 21 A 9:18

Phillip Andrew Bedwell II )
  Plaintiff )  Civil Action No.
v. ) 3:06-cv-00407-MEF-DRB
Jay Jones, et al )
  Defendants )

## Motion For Meeting with the above Defendants

On the day of June, 15th 2006 Plaintiff Phillip Andrew Bedwell II Has Requested a visit with one of the 3 Defendants, Jay Jones, Major Cary Torbert, Jr. or Lt. Corey Welch, via, Request Forms on the day of May 3, 2006 before Civil Action was Filed, still no responce has been given to Plaintiff.

(1) Request Court to make known to Defendants that Plaintiff Request visit in Hope to resolve Civil Action in Question

(2) That Action Plaintiff seek could be resolved simply by Defendants speaking with Plaintiff or By giving Plaintiff a G-5/ From Lee County to Prison (D.O.C)

File This day of June 15th 2006      Phillip A Bedwell II

Case: 3:06-cv-407 Copy 3 of 3
Case Name: Bedwell vs. Jones et al

Major Tolbert,                June 15th 2006

    This letter is writin in the Hopes that I may meet weth you about (3) three diffrent matters. One (1) is in regarde to a lawsuit pending in the U.S.D.C. The Middle District of Alabama.

Case #: 3:06-cv-407
Case Name: Bedwell v. Jones et al (Inmate 2)

    I have made more than 3 trys (Request form) to contact you In hopes maybe we can handle this matter out-side the Court-room. I wish not to go on weth matter in hand IF we could meet and come to a understanding IN the matter at hand. Thank you For your time.

                         Thinks
221888 Inmate Phillip A. Bedwell II
*Phillip A. Bedwell II* (signature)

## Certificate of Service

On Page 2 of 2

## Certificate of Service

I Phillip A. Bedwell hereby certify that on this day 15th day of June, 2006 I have hand writin the foregoing with the Clerk of The Court using United States Mail, postage prepaid, and I have Handed a true and correct copy of the Foregoing be to Lee County Sheriff Officer to the Following Defendants.

Jay Jones
Carey Tolbert
Corey Welch
Lee County Sheriff's Department
2311 Gateway Drive
Opelika AL 36803