IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

PHILLIP ANDREW BEDWELL II    *

    Plaintiff,    *

    v.    *    3:06-CV-407-MEF

SHERIFF JAY JONES, *et al.*,    *

    Defendants.    *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's June 21, 2006 pleading requesting issuance of a court order directing Defendants to meet and or visit with Plaintiff for purposes of discussing matters related to the instant civil action, and for good cause, it is

ORDERED that Plaintiff's Motion for Court-Ordered Meeting (Doc. No. 8) be and is hereby DENIED.

Done, this 22nd day of June 2006.

                      **/s/ Delores R. Boyd**
                      DELORES R. BOYD
                      UNITED STATES MAGISTRATE JUDGE