**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

7/17/06

RECEIVED

Office of The Clerk

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Phillip Andrew Bedwell II
Plaintiff
Vs.
Sheriff Jay Jones, et al.
Defendants

Case #'s 3:06-CV-448-WKW
Case #'s 3:06-CV-407-MEF ✓

This letter is to notify the Courts of change of Address From:
Phillip A Bedwell
Lee County Jail
PO Box 2407
Opelika AL 36801

To: Phillip A. Bedwell # 221888
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

Done this Day of June 17th of 2006

Phillip A Bedwell II
221888