IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHILLIP ANDREW BEDWELL, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-CV-407-MEF |
| | ) |
| SHERIFF JAY JONES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and as the plaintiff has provided the court with his correct address, it is

ORDERED that the Recommendation entered on July 24, 2006 (Court Doc. No. 13) be and is hereby WITHDRAWN.

Done this    28th day of July, 2006.


/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE

UNITED STATES MAGISTRATE JUDGE