IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PHILLIP ANDREW BEDWELL, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0407-WKW |
| | ) | [WO] |
| | ) | |
| SHERIFF JAY JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on July 28, 2006 (Doc. # 16), that this case be dismissed as the claims raised therein are moot.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this the 21st day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE