IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PHILLIP ANDREW BEDWELL, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0407-WKW |
| | ) | [WO] |
| | ) | |
| SHERIFF JAY JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on July 28, 2006 (Doc. # 16) is adopted.

(2) This case be and is hereby DISMISSED as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 21st day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE